Kelly JOHNSON, Appellant,

v.

CITY OF KANSAS CITY; Division
of Employment Security,
Respondents.

No. WD 66400.

Missouri Court of Appeals,
Western District.

Oct. 10, 2006.

Lana K. Torczon, Kansas City, MO, for
Respondent, City of K.C. MO.

Marilyn G. Green, Jefferson City, MO,
for Respondent, State of MO.

Ralph G. Gore, Independence, MO, for
Appellant.

Before JOSEPH M. ELLIS, P.J.,
ROBERT G. ULRICH, and RONALD R.
HOLLIGER, JJ.

### ORDER

PER CURIAM.

Kelly Johnson appeals the Labor and
Industrial Relations Commission's order
denying her claim for unemployment bene-
fits pursuant to Missouri's Employment
Security Law, § 288.010, et seq. It deter-
mined Ms. Johnson was disqualified from
receiving benefits because she left work
voluntarily without good cause attributable

to the work or to her employer. On appeal, Ms. Johnson claims that the evidence showed that she did not leave work voluntarily and that even if she did leave voluntarily, she did so with good cause. The Commission's order is affirmed. Rule 84.16(b).